IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD RENO

      Plaintiff,

vs.                                           Cause No. 2:20-cv-00918-GJF-KRS

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF EDDY, and
DARLA BANNISTER,

      Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

THIS MATTER is before the Court on the Law Office of Jonlyn M. Martinez, LLC's Unopposed Motion for Withdrawal [Document No. 25]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully advised, the Court finds the Motion is well-taken and is granted.

**IT IS THEREFORE ORDERED** that Law Office of Jonlyn M. Martinez, LLC., is hereby withdrawn as counsel for Defendant Bannister.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved by:

ELIAS LAW P.C.

*Approved via electronic mail 5/7/21*
ALI M. MORLES
*Attorney for Plaintiff Edward Reno*


LEWIS BRISBOIS BISGAARD & SMITH, LLP

*Approved via electronic mail 4/19/21*
GREGORY L. BIEHLER
*Attorneys for Darla Bannister*


NEW MEXICO ASSOCIATION OF COUNTIES

*Approved via electronic mail 4/30/21*
BRANDON HUSS
*Attorneys for Defendants Eddy*


Submitted and approved by:


LAW OFFICE OF JONLYN M. MARTINEZ, LLC

    */s/ Jonlyn M. Martinez*
JONLYN M. MARTINEZ
*Withdrawing Attorney for Darla Bannister*