UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD RENO,

    Plaintiff,

v.                                              Case No. 2:20-cv-00918-GJF-KRS

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF EDDY, and DARLA BANNISTER,

    Defendants.

## ORDER PERMITTING WITHDRAW OF COUNSEL

The Court, having before it the Motion to Withdraw of Gregory L. Biehler, and noting the continued representation of Darla Bannister by Lewis Brisbois Bisgaard & Smith, LLP, finds the Motion is well taken.

IT IS THEREFORE ORDERED that Gregory L. Biehler is hereby withdrawn as counsel for Defendant Darla Bannister.

_____
Honorable Magistrate Judge Kevin R. Sweazea

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    Jessica D. Marshall
    *Attorneys for Defendant Darla Bannister*
    8801 Horizon Blvd, NE, Suite 300
    Albuquerque, NM  87113
    Telephone: 505.828.3600
    jessica.marshall@lewisbrisbois.com

Approved as to form by:

WITTHHOFT DERKSEN, PC

By: _____
    Scott Zwillinger
    *Attorney for Plaintiff*
    3550 North Central Ave
    Suite 1006
    Phoenix, AZ 85012
    Telephone: 602-680-7332
    szwillinger@wdlawpc.com

ELIAS LAW PC

By: _____
    David Elias Idinopulos
    Michael C. Ross
    Ali M. Morales
    *Attorney for Plaintiff*
    111 Isleta Blvd SW, Suite A
    Albuquerque, NM 87105
    Telephone: 505-221-6000
    david@abogadoelias.com
    mike@abogadoelias.com
    alim@abogadoelias.com

LAW OFFICE OF SCOTT GRIFFITHS PLLC

By: *Approved via phone 1/5/2022*
 Scott Griffiths, pro hac vice
 *Attorneys for Plaintiff*
 1753 E. Broadway Road, Suite 101-258
 Tempe, AZ 85282
 Telephone: 602-790-7298
 docket@griffithslawaz.com

By: _____
 Brandon Huss
 *Attorneys for Defendant Board of County Commissioners*
 *of Eddy County, Billy Massingill*
 New Mexico Association of Counties
 444 Galisteo St
 Santa Fe, NM 87501
 Telephone: 505-820-8116
 bhuss@nmcounties.org

 *Approved via email 12/22/21*
By: _____
 David Anthony Roman
 Mark L. Drebing
 *Attorneys for Defendant Board of County Commissioners*
 *of Eddy County, Billy Massingill*
 New Mexico Association of Counties
 111 Lomas Blvd NW, Suite 424
 Albuquerque, NM 87102
 Telephone: 505-820-8116
 droman@nmcounties.org
 mdrebing@nmcounties.org