IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD RENO,

    Plaintiff,

v.                                                              Case No. 2:20-cv-918 GJF/KRS

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF EDDY, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel, (Doc. 61), filed April 8, 2022. The Motion states that Plaintiff has not consented to such withdrawal or notified his counsel of substitute counsel. Plaintiff has not responded to the Motion to Withdraw within the fourteen (14) days permitted by Local Rule 83.8(b). The Court, therefore, will set a telephonic status conference to inquire of Plaintiff whether he intends to proceed *pro se* or obtain substitute counsel.

IT IS THEREFORE ORDERED that a telephonic status conference shall be held on **May 24, 2022 at 10:00 a.m.** All counsel and Plaintiff shall call (888) 398-2342 and enter code 8193818 to join the proceedings.

IT IS FURTHER ORDERED that the Clerk's Office shall mail a copy of this Order to the address for Plaintiff provided by his counsel in the Motion to Withdraw, (Doc. 61) at 2:

    Edward Reno
    2641 Graceland Dr. NE
    Albuquerque, NM 87110

IT IS SO ORDERED.

                                                                  KEVIN R. SWEAZEA
                                                                  UNITED STAGES MAGISTRATE JUDGE