**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDWARD RENO,

      Plaintiff,

v.                                     Case No. 2:20-cv-00918-GJF-KRS

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF EDDY and DARLA BANNISTER,

      Defendants.

### ORDER ALLOWING WITHDRAWAL OF COUNSEL FOR PLAINTIFF

THIS MATTER comes before the Court on the Motion to Withdraw as Counsel, (Doc. 61), filed by Plaintiff's counsel on April 8, 2022.  Defendants' counsel does not oppose the motion.  The motion was served on Plaintiff Edward Reno via first class mail on April 8, 2022.  The motion provided notice to Plaintiff that:

> Pursuant to D.N.M.LR-Civ. 83.8(b), objections to this motion must be served and filed within fourteen (14) days from date of service of the motion, and failure to object within this time constitutes consent to grant the motion.

(Doc. 61).  Plaintiff did not file objections to the Motion to Withdraw and more than fourteen (14) days have elapsed since the filing and service of the motion.  The Court held a telephonic hearing on the Motion to Withdraw on May 24, 2022, at which Plaintiff did not appear.  The Court, therefore, finds that Plaintiff's counsel's Motion to Withdraw as Counsel, (Doc. 61), is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that Elias Law P.C., Law Office of Scott Griffiths and Zwillinger Wulkan, PLC are hereby granted leave to withdraw as Plaintiff's counsel in this matter, and are hereby deemed withdrawn.

IT IS FURTHER ORDERED that Plaintiff is deemed to be proceeding *pro se* and can be served with pleadings and other documents herein at his last known address:  2641 Graceland Dr. NE, Albuquerque, NM 87110.  Plaintiff is required to notify the Court in writing of any change of address or phone number, pursuant to Local Rule 83.6.


_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

ELIAS LAW P.C.

By:     */s/Michael C. Ross*
        MICHAEL C. ROSS
111 Isleta Blvd. SW, Suite A
Albuquerque, NM 87105
505-221-6000
*Attorney for Plaintiff*

LAW OFFICE OF SCOTT GRIFFITHS

By:     /s/ *Scott Griffiths*
         SCOTT GRIFFITHS
1753 E. Broadway Road, #101-258
Tempe, AZ 85282
(602)875-0601
*Attorney for Plaintiff*

ZWILLINGER WULKAN, PLC

By:     */s/Scott Zwillinger*
        SCOTT ZWILLINGER
20200 North Central Ave. Suite 675
Phoenix, AZ 85004
(602) 962-0207
*Attorney for Plaintiff*

Approved:

NEW MEXICO ASSOCIATION OF COUNTIES

By: _Approved via email on 04/25/2022 by David A Roman "as to form"_
    DAVID ROMAN
    BRANDON HUSS
601 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505)820-8116
_Attorneys for Defendant Board of County Commissioners_
_for the County of Eddy_


LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  _Approved via email on 4/25/2022 by Jessica D. Marshall_
    JESSICA D. MARSHALL
8801 Horizon Blvd, NE, Suite 300
Albuquerque, NM  87113
505-828-3600
_Attorneys for Defendant Darla Bannister,_