IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD RENO,

    Plaintiff,

v.                                                                                           No. 2:20-cv-918 GJF/KRS

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF EDDY and DARLA BANNISTER,

    Defendants.

## ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE

THIS MATTER is before the Court on Defendants' counsel's oral motion at the May 24, 2022, telephonic status conference to extend the dispositive motions deadline from May 31, 2022 to June 30, 2022. *See* (Doc. 64) (Clerk's Minutes). The Court finds good cause to extend the deadline due to uncertainty over Plaintiff's intent to prosecute his claims as a pro se party. Therefore, the dispositive motions deadline is extended to June 30, 2022. In addition, the parties' pretrial order deadlines are vacated and will be reset at a later date, if necessary.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE